# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                 §
                                       §
DOWNING, DENISE                        §    Case No. 12-28932
                                       §
               Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on _____. The case was converted to one under Chapter 7 on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_, for a total compensation of $ \_\_\_\_\_ $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_\_, and now requests reimbursement for expenses of $ \_\_\_\_\_, for total expenses of $ \_\_\_\_\_ $^2$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BARRY A. CHATZ_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-28932 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | DOWNING, DENISE | | | Date Filed (f) or Converted (c): | 10/17/12 (c) |
| | | | | 341(a) Meeting Date: | 11/27/12 |
| For Period Ending: | 09/30/14 | | | Claims Bar Date: | 03/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3200-06 W. Fulton Street/306-12 N. Kedzie Avenue, | 900,000.00 | 314,000.00 | | 0.00 | FA |
| 2. 1510 S. 5th Avenue, Maywood, IL Property presently | 210,000.00 | 0.00 | | 0.00 | FA |
| 3. 2915 W. Armitage, Chicago IL Property presently in | 550,000.00 | 0.00 | | 0.00 | FA |
| 4. 1939 N. Richmond Street Chicago, IL 60647 In proce | 250,000.00 | 0.00 | | 0.00 | FA |
| 5. 1215 S. Homan, Chicago, IL 60623-1651 | 380,000.00 | 0.00 | | 0.00 | FA |
| 6. 2930-2936 Chatham Lane, Rockford, IL Property pres | 185,000.00 | 0.00 | | 0.00 | FA |
| 7. 1913 S. Cicero, Cicero, IL Current on mortgage | 400,000.00 | 101,216.00 | | 0.00 | FA |
| 8. Cash | 250.00 | 250.00 | | 0.00 | FA |
| 9. Financial Accounts | 450.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 12. Liquidated Claims | 318,373.74 | 318,373.74 | | 0.00 | FA |
| 13. Estate of a Decedent | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 14. Vehicles | 8,000.00 | 5,600.00 | | 0.00 | FA |
| 15. Vehicles | 20,665.00 | 18,615.00 | | 0.00 | FA |
| 16. Unscheduled Assets (u) PROPERTY IN MARENGO, INDIANA | 0.00 | 213,866.10 | | 233,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $3,324,238.74     $1,071,920.84     $233,000.00     $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SOLD UNSCHEDULED ASSET (I.E., PARCEL OF REAL PROPERTY LOCATED IN MARENGO, INDIANA); ALL ASSETS ADMINISTERED;

Case 12-28932 Doc 81 Filed 09/30/14 Entered 09/30/14 11:10:14 Desc Main
Document Page 4 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-28932 WER Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DOWNING, DENISE | Date Filed (f) or Converted (c): | 10/17/12 (c) |
| | | 341(a) Meeting Date: | 11/27/12 |
| | | Claims Bar Date: | 03/21/13 |

CLAIMS REVIEWED; TAX RETURN FILED; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-28932 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DOWNING, DENISE | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9393 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0283 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/13 | 16 | CW TITLE ESCROW ACCOUNT P.O. BOX 95 MARENGO, IN 47140 | LIQUIDATION OF REAL PROPERTY | | 213,866.10 | | 213,866.10 |
| | | | Memo Amount:    (      2,368.00 ) COUNTY TAXES | 4700-000 | | | |
| | | | Memo Amount:    (     13,980.00 ) COMMISSIONS | 3510-000 | | | |
| | | | Memo Amount:    (      2,685.90 ) COUNTY TAXES | 4700-000 | | | |
| | | | Memo Amount:    (        100.00 ) SETTLEMENT CHARGES | 2500-000 | | | |
| | | | Memo Amount:         233,000.00 LIQUIDATION OF REAL PROPERTY | 1210-000 | | | |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 194.82 | 213,671.28 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 307.41 | 213,363.87 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 317.21 | 213,046.66 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 306.53 | 212,740.13 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 316.27 | 212,423.86 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 174.90 | 212,248.96 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 315.83 | 211,933.13 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 284.69 | 211,648.44 |
| 03/13/14 | 300002 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE PURSUANT TO 3/12/14 COURT ORDER | | | 13,056.28 | 198,592.16 |
| | | | Fees          12,874.00 | 3210-000 | | | |

Page Subtotals      213,866.10        15,273.94

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Ver: 18.01

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-28932 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | DOWNING, DENISE | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9393  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0283 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses           182.28 | 3220-000 | | | |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 305.89 | 198,286.27 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 285.29 | 198,000.98 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 294.37 | 197,706.61 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 284.44 | 197,422.17 |
| 07/23/14 | 300003 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH 45999-0048 | PRIORITY TAX CLAIMS 507(a)(8) | 5800-000 | | 4,188.00 | 193,234.17 |
| 07/23/14 | 300004 | INDIANA DEPARTMENT OF REVENUE FIDUCIARY SECTION P.O. BOX 6192 INDIANAPOLIS, IN 46206-6192 | PRIORITY TAX CLAIMS 507(a)(8) FOR TIME PERIOD ENDING 12/31/13 | 5800-000 | | 2,061.00 | 191,173.17 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 233,000.00 | COLUMN TOTALS | | 213,866.10 | 22,692.93 | 191,173.17 |
| Memo Allocation Disbursements: | 19,133.90 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 213,866.10 | 22,692.93 | |
| Memo Allocation Net: | 213,866.10 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 213,866.10 | 22,692.93 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 233,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 19,133.90 | Checking Account (Non-Interest Earn - ********9393) | | 213,866.10 | 22,692.93 | 191,173.17 |
| Total Memo Allocation Net: | 213,866.10 | | | 213,866.10 | 22,692.93 | 191,173.17 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         7,418.99

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 12-28932 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DOWNING, DENISE | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9393 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0283 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 30, 2014 |
|---|---|---|---|---|---|---|

| Case Number: | 12-28932 | Claim Class Sequence | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | DOWNING, DENISE | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $12,874.00 | $12,874.00 |
| 001<br>3410-00 | POPOWCER KATTEN, LTD.<br>35 EAST WACKER<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $1,176.00 | $1,176.00 |
| 001<br>2100-00 | BARRY A. CHATZ, CHAPTER 7<br>TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $14,900.00 | $14,900.00 |
| 001<br>2200-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $144.41 | $144.41 |
| 001<br>3220-00 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $182.28 | $182.28 |
| 000004<br>001<br>2950-00 | OFFICE OF THE U.S. TRUSTEE<br><B>(ADMINISTRATIVE)</B><br>219 S DEARBORN ST<br>ROOM 873<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $975.00 | $975.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $174.90 | $174.90 |
| 040<br>5800-00 | INDIANA DEPARTMENT OF<br>REVENUE<br>FIDUCIARY SECTION<br>P.O. BOX 6192<br>INDIANAPOLIS, IN 46206-6192 | Priority | | $0.00 | $2,061.00 | $2,061.00 |
| 040<br>5800-00 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>CENTER<br>CINCINNATI, OH 45999-0048 | Priority | | $0.00 | $4,188.00 | $4,188.00 |
| 000001A<br>040<br>5800-00 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $9,307.97 | $9,307.97 |
| 000006A<br>001<br>5800-00 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Priority | | $0.00 | $7,192.70 | $7,192.70 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 30, 2014 |

Case Number: 12-28932  
Debtor Name: DOWNING, DENISE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001B 070 7100-00 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Unsecured | | $0.00 | $1,575.50 | $1,575.50 |
| 000002 070 7100-00 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $9,015.46 | $9,015.46 |
| 000003 070 7100-00 | OAK HARBOR CAPITAL VI, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $0.00 | $13,820.72 | $13,820.72 |
| 000005 070 7100-00 | NORTHBROOK BANK AND TRUST COMPANY C/O NATALIA R. GRIESBACH, TISHLER & WALD 200 S. WACKER DRIVE, SUITE 3000 CHICAGO, IL 60606 | Unsecured | | $0.00 | $1,474,769.46 | $500,000.00 |
| 000006B 071 7200-00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | Unsecured | | $0.00 | $2,209.04 | $2,209.04 |
| | Case Totals: | | | $0.00 | $1,554,566.44 | $579,796.98 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-28932
Case Name: DOWNING, DENISE
Trustee Name: BARRY A. CHATZ

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Fees: OFFICE OF THE U.S. TRUSTEE <B>(ADMINISTR | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: GREGORY K. STERN, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____
Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | INTERNAL REVENUE SERVICE | $ | $ | $ |
|  | INDIANA DEPARTMENT OF REVENUE | $ | $ | $ |
|  | DEPARTMENT OF THE TREASURY | $ | $ | $ |
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | OAK HARBOR CAPITAL VI, LLC | $ | $ | $ |
| 000005 | NORTHBROOK BANK AND TRUST COMPANY | $ | $ | $ |
| 000001B | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006B | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE