UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
 §
DOWNING, DENISE  §   Case No. 12-28932
 §
 Debtor(s)  §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, October 22, 2014 in Courtroom 744, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/30/2014   By: /s/ Barry A. Chatz, Trustee
 Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                            Case No. 12-28932-ERW
Denise Downing                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1             Page 1 of 2            Date Rcvd: Oct 01, 2014
                              Form ID: pdf006             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2014.
db           #+Denise Downing,    1939 N. Richmond,    Chicago, IL 60647-3936
aty           +Rachel D. Stern,    53 West Jackson Boulevard,    Suite 1442,   Chicago, IL 60604-3536
19290179       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19179118      +Austin Bank of Chicago,    5645 W. Lake Street,   Chicago, IL 60644-1956
19179120       Barclays Bank Delaware,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
19179121       Centurion Bank,    American Express,    P.O. Box 0001,   Los Angeles, CA 90096-8000
19179122      +Cook County Treasurer,    PO Box 805436,   Chicago, IL 60680-4155
19179123       HSBC Business Solutions,    PO Box 4160,   Carol Stream, IL 60197-4160
22237576       Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,
                 Chicago, Illinois 60664-0338
19179126      +James L Warren and Vera Warren,    1052 Lynnhurt Ave,    Louisville, KY 40215-2326
19179127      +Northbrook Bank and Trust Company,    c/o Natalia R. Griesbach, Tishler & Wald,
                 200 S. Wacker Drive, Suite 3000,    Chicago, IL 60606-5815
19179130       Southwest Chase,    PO Box 15133,   Wilmington, DE 19886-5153
19179129       Southwest Chase,    P.O.Box 15153,   Wilmington, DE 19886-5153
19179131       TBF Financial (Konica Minolta),    Abrams and Abrams,    180 W. Washington, Chicago 60602,
                 Chicago, IL 60602
19179132       U.S. Bank Harley Davidson Visa,    P.O.Box 790408,   Saint Louis, MO 63179-0408
19247621      +WELLS FARGO BANK, N.A.,,    c/o Peter C. Bastianen,    Codilis & Associates, P.C.,
                 15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
19179133       Wells Fargo Bank,    PO Box 5708,   Springfield, OH 45501-5708
19179134      +Wintrust Financial,    1145 N. Arlington Heights Rd,   Itasca, IL 60143-3171
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19179124       E-mail/Text: cio.bncmail@irs.gov Oct 02 2014 02:00:14     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
19415551      +E-mail/Text: bncmail@w-legal.com Oct 02 2014 02:01:45     OAK HARBOR CAPITAL VI, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
19624455      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 02 2014 02:00:52     Office of the U.S. Trustee,
                 219 S Dearborn St,   Room 873,   Chicago, Il 60604-2027
19624436      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 02 2014 02:00:52     Office of the US Trustee,
                 219 S Dearborn S?t Rm 873,   Chicago,Il 60604-2027
19179128       E-mail/Text: bankruptcy@proconsrv.com Oct 02 2014 02:00:52     Pro Consulting Services,
                 P.O.Box 66768,   Houston, TX 77266-6768
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19179119*     +Austin Bank of Chicago,    5645 W. Lake St,   Chicago, IL 60644-1956
19179135*     +Wintrust Financial,    1145 N. Arlington Heights Rd.,   Itasca, IL 60143-3171
19179125     ##+IPFS Corporation,    180 N. Michigan Ave. Suite 1016,   Chicago, IL 60601-7420
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2                  Date Rcvd: Oct 01, 2014
                              Form ID: pdf006              Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2014 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              John  Ellsworth    on behalf of Debtor Denise  Downing ellsworthlegal@yahoo.com
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Natalia Rzepka Griesbach    on behalf of Creditor   Northbrook Bank & Trust, as
               successor-in-interest to the Federal Deposit Insurance Corporation, as Receiver for First
               Chicago Bank & Trust f/k/a Labe Bank ngriesbach@tishlerwald.com,  bmurzanski@tishlerwald.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   Wells Fargo Bank, N.A. ND-Four@il.cslegal.com
                                                                                             TOTAL: 8
```