UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  §
        §
DOWNING, DENISE  §   Case No. 12-28932
        §
    Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on            . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/BARRY A. CHATZ_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 12-28932    Doc 88    Filed 03/20/15    Entered 03/20/15 10:37:29    Desc Main
              Document          Page 3 of 15

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Austin Bank of Chicago 5645 W. Lake St Chicago, IL 60644 |  |  |  |  |  |
|  | Austin Bank of Chicago 5645 W. Lake Street Chicago, IL 60644 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northbrook Bank and Trust Company 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |
| | Wells Fargo Bank PO Box 5708 Springfield, OH 45501-5708 | | | | | |
| | Wintrust Financial 1145 N. Arlington Heights Rd Itasca, IL 60143 | | | | | |
| | Wintrust Financial 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |
| | Wintrust Financial 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |
| | Wintrust Financial 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |
| | Wintrust Financial 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |
| | Wintrust Financial 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wintrust Financial 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |
| | Wintrust Financial 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |
| | Wintrust Financial 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |
| | COUNTY TAXES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, CHAPTER 7 TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| SETTLEMENT CHARGES | | | | | |
| BANK OF NEW YORK MELLON | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| COMMISSIONS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer PO Box 805436 Chicago, IL 60680-4116 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer PO Box 805436 Chicago, IL 60680-4116 | | | | | |
| | Cook County Treasurer PO Box 805436 Chicago, IL 60680-4116 | | | | | |
| | Internal Revenue Service Cincinnati, OH 45999-0030 | | | | | |
| | DEPARTMENT OF THE TREASURY | | | | | |
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| | INDIANA DEPARTMENT OF REVENUE | | | | | |
| 000001A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware? 8014 Bayberry Rd. Jacksonville, FL 32256-7412 | | | | | |
| | Centurion Bank American Express P.O. Box 0001? Los Angeles, CA 90096-8000 | | | | | |
| | HSBC Business Solutions PO Box 4160 Carol Stream, IL 60197-4160 | | | | | |
| | IPFS Corporation 180 N. Michigan Ave. Suite 1016 Chicago, IL 60601 | | | | | |
| | Northbrook Bank and Trust Company 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | | | |
| | Pro Consulting Services? P.O.Box 66768 Houston, TX 77266-6768 | | | | | |
| | Southwest Chase P.O.Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Southwest Chase PO Box 15133 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | TBF Financial (Konica Minolta) Abrams and Abrams 180 W. Washington, Chicago 60602 Chicago, IL 60602 |  |  |  |  |  |
|  | U.S. Bank Harley Davidson Visa P.O.Box 790408? Saint Louis, MO 63179-0408 |  |  |  |  |  |
| 000002 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000001B | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| 000005 | NORTHBROOK BANK AND TRUST COMPANY |  |  |  |  |  |
| 000003 | OAK HARBOR CAPITAL VI, LLC |  |  |  |  |  |
| 000006B | ILLINOIS DEPARTMENT OF REVENUE |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-28932 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | DOWNING, DENISE | | | Date Filed (f) or Converted (c): | 10/17/12 (c) |
| | | | | 341(a) Meeting Date: | 11/27/12 |
| For Period Ending: | 01/23/15 | | | Claims Bar Date: | 03/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3200-06 W. Fulton Street/306-12 N. Kedzie Avenue, | 900,000.00 | 314,000.00 | | 0.00 | FA |
| 2. 1510 S. 5th Avenue, Maywood, IL Property presently | 210,000.00 | 0.00 | | 0.00 | FA |
| 3. 2915 W. Armitage, Chicago IL Property presently in | 550,000.00 | 0.00 | | 0.00 | FA |
| 4. 1939 N. Richmond Street Chicago, IL 60647 In proce | 250,000.00 | 0.00 | | 0.00 | FA |
| 5. 1215 S. Homan, Chicago, IL 60623-1651 | 380,000.00 | 0.00 | | 0.00 | FA |
| 6. 2930-2936 Chatham Lane, Rockford, IL Property pres | 185,000.00 | 0.00 | | 0.00 | FA |
| 7. 1913 S. Cicero, Cicero, IL Current on mortgage | 400,000.00 | 101,216.00 | | 0.00 | FA |
| 8. Cash | 250.00 | 250.00 | | 0.00 | FA |
| 9. Financial Accounts | 450.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 12. Liquidated Claims | 318,373.74 | 318,373.74 | | 0.00 | FA |
| 13. Estate of a Decedent | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 14. Vehicles | 8,000.00 | 5,600.00 | | 0.00 | FA |
| 15. Vehicles | 20,665.00 | 18,615.00 | | 0.00 | FA |
| 16. Unscheduled Assets (u) PROPERTY IN MARENGO, INDIANA | 0.00 | 213,866.10 | | 233,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $3,324,238.74    $1,071,920.84    $233,000.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SOLD UNSCHEDULED ASSET (I.E., PARCEL OF REAL PROPERTY LOCATED IN MARENGO, INDIANA); ALL ASSETS ADMINISTERED;

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-28932   WER   Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DOWNING, DENISE | Date Filed (f) or Converted (c): | 10/17/12 (c) |
| | | 341(a) Meeting Date: | 11/27/12 |
| | | Claims Bar Date: | 03/21/13 |

CLAIMS REVIEWED; TAX RETURN FILED; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 18.03b

FORM 2          Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-28932 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DOWNING, DENISE | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9393 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0283 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/13 | 16 | CW TITLE ESCROW ACCOUNT<br>P.O. BOX 95<br>MARENGO, IN 47140 | LIQUIDATION OF REAL PROPERTY | | 213,866.10 | | 213,866.10 |
| | | | Memo Amount: ( 2,368.00 )<br>COUNTY TAXES | 4700-000 | | | |
| | | | Memo Amount: ( 13,980.00 )<br>COMMISSIONS | 3510-000 | | | |
| | | | Memo Amount: ( 2,685.90 )<br>COUNTY TAXES | 4700-000 | | | |
| | | | Memo Amount: ( 100.00 )<br>SETTLEMENT CHARGES | 2500-000 | | | |
| | | | Memo Amount: 233,000.00<br>LIQUIDATION OF REAL PROPERTY | 1210-000 | | | |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 194.82 | 213,671.28 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 307.41 | 213,363.87 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 317.21 | 213,046.66 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 306.53 | 212,740.13 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 316.27 | 212,423.86 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 174.90 | 212,248.96 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 315.83 | 211,933.13 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 284.69 | 211,648.44 |
| 03/13/14 | 300002 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE<br>PURSUANT TO 3/12/14 COURT ORDER | | | 13,056.28 | 198,592.16 |
| | | | Fees 12,874.00 | 3210-000 | | | |

Page Subtotals     213,866.10     15,273.94

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-28932 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DOWNING, DENISE | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9393 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0283 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          182.28 | 3220-000 | | | |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 305.89 | 198,286.27 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 285.29 | 198,000.98 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 294.37 | 197,706.61 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 284.44 | 197,422.17 |
| 07/23/14 | 300003 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>CINCINNATI, OH 45999-0048 | PRIORITY TAX CLAIMS 507(a)(8) | 5800-000 | | 4,188.00 | 193,234.17 |
| 07/23/14 | 300004 | INDIANA DEPARTMENT OF REVENUE<br>FIDUCIARY SECTION<br>P.O. BOX 6192<br>INDIANAPOLIS, IN 46206-6192 | PRIORITY TAX CLAIMS 507(a)(8)<br>FOR TIME PERIOD ENDING 12/31/13 | 5800-000 | | 2,061.00 | 191,173.17 |
| 10/22/14 | 300005 | POPOWCER KATTEN, LTD.<br>35 EAST WACKER<br>CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 1,176.00 | 189,997.17 |
| 10/22/14 | 300006 | BARRY A. CHATZ, CHAPTER 7 TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Trustee Compensation | 2100-000 | | 14,900.00 | 175,097.17 |
| 10/22/14 | 300007 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Trustee Expenses | 2200-000 | | 144.41 | 174,952.76 |
| 10/22/14 | 300008 | OFFICE OF THE U.S. TRUSTEE<br><B>(ADMINISTRATIVE)</B><br>219 S DEARBORN ST<br>ROOM 873<br>CHICAGO, IL 60604 | Claim 000004, Payment 100.00% | 2950-000 | | 975.00 | 173,977.76 |
| 10/22/14 | 300009 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION | Claim 000006A, Payment 100.00% | 5800-000 | | 7,192.70 | 166,785.06 |

Page Subtotals          0.00          31,807.10

Ver: 18.03b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-28932 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | DOWNING, DENISE | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9393 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0283 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/22/14 | 300010 | P.O. BOX 64338<br>CHICAGO, IL 60664-0338<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim 000001A, Payment 100.00%<br>(1-1) MODIFIED ON 08/02/12 TO CORRECT CREDITORS ADDRESS (ES) | 5800-000 | | 9,307.97 | 157,477.09 |
| 10/22/14 | 300011 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim 000001B, Payment 30.03% | 7100-000 | | 473.11 | 157,003.98 |
| 10/22/14 | 300012 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000002, Payment 30.03%<br>(2-1) CREDIT CARD DEBT | 7100-000 | | 2,707.28 | 154,296.70 |
| 10/22/14 | 300013 | OAK HARBOR CAPITAL VI, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000003, Payment 30.03% | 7100-000 | | 4,150.26 | 150,146.44 |
| 10/22/14 | 300014 | NORTHBROOK BANK AND TRUST COMPANY<br>C/O NATALIA R. GRIESBACH, TISHLER & WALD<br>200 S. WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim 000005, Payment 30.03%<br>(5-1) PROMISSORY NOTES, PERSONAL GUARANTY<br>(5-1) MODIFIED ON 3/19/13 TO CORRECT CREDITOR'S ADDRESS MM(5-2) CLAIM MODIFIED FROM SECURED STATUS TO UNSECURED | 7100-000 | | 150,146.44 | 0.00 |
| | | | Page Subtotals | | 0.00 | 166,785.06 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-28932 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DOWNING, DENISE | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9393 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0283 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 233,000.00 | COLUMN TOTALS | 213,866.10 | 213,866.10 | 0.00 |
| Memo Allocation Disbursements: | 19,133.90 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 213,866.10 | 213,866.10 | |
| Memo Allocation Net: | 213,866.10 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 213,866.10 | 213,866.10 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 233,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 19,133.90 | Checking Account (Non-Interest Earn - *******9393 | 213,866.10 | 213,866.10 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 213,866.10 | | 213,866.10 | 213,866.10 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*